# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. WEAVER,<br><br>Defendant. | Case No. 1:21-mj-00004-SAB<br><br>ORDER DENYING WAIVER OF PERSONAL APPEARANCE WITHOUT PREJUDICE<br><br>(ECF No. 4) |

On January 26, 2021, a criminal complaint was filed in this action against Defendant Robert J. Weaver. (ECF No. 1.) Arraignment on the complaint is set for February 18, 2021, at 9:00 a.m. in Courtroom 9. (ECF No. 3.) On October 28, 2015, Defendant filed a waiver of personal appearance. (ECF No. 4.)

The Court requires a criminal defendant to appear for arraignment on the complaint. Accordingly, Defendant's request for a waiver of his personal appearance at the February 18, 2021 hearing is HEREBY DENIED without prejudice. Defendant is required to appear for the February 18, 2021 hearing and may address a waiver of future appearances at that time.

IT IS SO ORDERED.

Dated: **February 11, 2021**

UNITED STATES MAGISTRATE JUDGE