# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>ROBERT WEAVER,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-mj-00004-SAB<br><br>**DEFENDANT'S STATUS REPORT ON**<br>**UNSUPERVISED PROBATION** |

  PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

  **Convicted of:**  36 C.F.R §4.12 Failure to Comply with the Directions of a Traffic Control Device.

  **Sentence Date:**  June 17, 2021

  **Review Hearing Date:** April 21, 2022

  **Probation Expires On:** June 16, 2022

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒  **Obey all federal, state and local laws**; and

☒  **Monetary Fines & Penalties in Total Amount of:** $260.00 which Total Amount is made up of a Fine: $ 250.00 Special Assessment: $10.00  Processing Fee: $ Choose an item. Restitution: $

☐  Payment schedule of $  per month by the  of each month.

☐  **Community Service hours Imposed of:**

☐  **Other Conditions:**

### *COMPLIANCE:*

☒  Defendant has complied with and completed <u>all</u> conditions of probation described-above.

  **Otherwise:**

☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐  To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
                    Amount:

☐  To date, Defendant has performed Click here to enter text. hours of community service.

☐  Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  :  */s/Jeffrey A. Spivak*               DATED:  04/15/2022
                                        JEFFREY A. SPIVAK

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/21/2022 at 10:00 am

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED:  4/7/2022           */s/ Marc Days*
                                         DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **April 15, 2022**

                                                    UNITED STATES MAGISTRATE JUDGE